UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

**CARL ECKSTROM,**

       Petitioner,

    v.

**MIKE KNOWLES, WARDEN,**

       Respondent.

No. SACV 09-0105 TJH (AJW)

ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a _de novo_ determination of the portions to which objections were directed.

DATED: March 13, 2009

_____
Terry J. Hatter, Jr.
United States District Judge