UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

**CARL ECKSTROM,**                      )
                                        )
        **Petitioner,**     ) Case No. SACV 09-0105-TJH(AJW)
                                        )
    v.                                )
                                        )
**MIKE KNOWLES, Warden,**               ) JUDGMENT
                                        )
        **Respondent.**    )
_____)

    **It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed.


Dated: March 13, 2009

                                                  _____
                                                  Terry J. Hatter, Jr.
                                                  United States District Judge